CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 31 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY WILLIAM FLETCHER,<br>Plaintiff, | Civil Action No. 7:06-cv-00323 |
| v. | **FINAL ORDER** |
| MONTGOMERY COUNTY<br>DEPARTMENT OF SOCIAL<br>SERVICES, et. al.,<br>Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. §1915A(b)(1), as to all claims under 42 U.S.C. § 1983, and **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1337 (c), as to all state law claims. The clerk shall strike the case from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendant(s).

ENTER: This 31st day of May, 2006.

_____
Senior United States District Judge